**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    25-cr-192-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSHUA RIOS,
2.  AUGUSTINE JAMES RIOS,
3.  MARGARITO GRACIANO-ORTEGA,

      Defendants.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

Beginning from at least June 17, 2023, and continuing thereafter until on or about July 2, 2023, in the State and District of Colorado, the defendants, JOSHUA RIOS and AUGUSTINE JAMES RIOS, did knowingly and voluntarily conspire and agree together and with each other, and with others unknown, to commit an offense against the laws of the United States, namely Smuggling Goods from the United States in violation of Title 18, United States Code, Section 554.

### *Manner and Means of the Conspiracy*

Acting interdependently, the defendants, JOSHUA RIOS and AUGUSTINE JAMES RIOS carried out the conspiracy using the following manner and means:

1.  Margarito Graciano-Ortega was engaged in a business of dealing firearms without a license in the State and District of Colorado.

2.  Brothers JOSHUA RIOS and AUGUSTINE JAMES RIOS agreed with Graciano-Ortega to purchase firearms from Graciano-Ortega in the State and District of Colorado, and JOSHUA RIOS and AUGUSTINE JAMES RIOS intended that those firearms be smuggled by transporting them surreptitiously to Mexico, contrary to the laws and regulations of the United States.

3.  JOSHUA RIOS and AUGUSTINE JAMES RIOS did purchase firearms from Graciano-Ortega in the State and District of Colorado.

4.  In violation of federal export laws, JOSHUA RIOS arranged for transport by P.H. of firearms from the State and District of Colorado to AUGUSTINE JAMES RIOS located in Durango, Mexico. JOSHUA RIOS did not possess a valid export license.

### *Overt Acts*

In furtherance of the conspiracy's objectives, one or more of the conspirators committed one or more of the following acts in the State and District of Colorado:

1.  On or about June 17, 2023, AUGUSTINE RIOS and Graciano-Ortega communicated electronically. Graciano-Ortega offered sale of a Taurus model 1911 Officer handgun bearing serial number ACK417007 and a Glock model 19 9mm caliber handgun bearing serial number BCCF237 to AUGUSTINE RIOS. AUGUSTINE RIOS agreed to purchase the firearms.

2.  Between on or about June 17, 2023, and July 2, 2023, JOSHUA RIOS acquired physical possession of the Taurus model 1911 Officer handgun bearing serial number ACK417007 and the Glock model 19 9mm caliber handgun bearing serial number BCCF237 from Graciano-Ortega.

2

3. Between and including  June 17, 2023, and July 2, 2023, JOSHUA RIOS communicated with P.H. to arrange for transport of boxes containing firearms to be shipped to Durango, Mexico.

4. On or about June 17, 2023, AUGUSTINE RIOS and Graciano-Ortega communicated electronically. Graciano-Ortega offered the sale of a Canik55 model TP-9DA 9mm caliber handgun bearing serial number 21BJ11197 and a Sig Sauer model P226 9mm caliber handgun bearing serial number 47A186698 to AUGUSTINE RIOS. Both firearms were recovered by the Brighton Police Department after JOSHUA RIOS dropped them off to P.H. for subsquent transport to Durango, Mexico.

5. Between on or about June 17, 2023, and July 2, 2023, JOSHUA RIOS acquired physical possession of the Canik55 model TP-9DA 9mm caliber handgun bearing serial number 21BJ11197 and the Sig Sauer model P226 9mm caliber handgun bearing serial number 47A186698 from Graciano-Ortega.

6. Between on or about June 18, 2023, and July 2, 2023, JOSHUA RIOS and a person unknown to the Grand Jury delivered multiple boxes containing firearms to P.H. to be transported by P.H. to Durango, Mexico. JOSHUA RIOS told E.H., an employee for P.H., that the boxes contained clothing and an air filter. JOSHUA RIOS did not disclose that the boxes contained numerous firearms. The boxes contained the following firearms:

- FN model FiveSeven .57x28 mm caliber handgun with obliterated serial number;
- Zastava Arms model ZPAP92 7.62 caliber rifle with obliterated serial number;
- FNH model M249S .556 caliber rifle bearing serial number M249SA08155;

3

- Glock model 45 9mm caliber handgun bearing serial number AFVX731;
- Glock model 44 .22 caliber handgun bearing serial number AHAV135;
- Glock model 48 9mm caliber handgun bearing serial number BLGK545;
- Beretta model 92FS 9mm caliber handgun bearing serial number BER843355;
- Canik55 model TP9DA 9mm caliber handgun bearing serial number 21BJ11197;
- Glock model 19 9mm caliber handgun bearing serial number BCCF237;
- Springfield Armory model XDS .45 caliber handgun bearing serial number S3153645;
- Taurus model 1911 Officer 9mm caliber handgun bearing serial number ACK417007;
- Sig Sauer model P226 9mm caliber handgun bearing serial number 47A186698;
- Taurus model Spectrum .380 caliber handgun bearing serial number 1FO51959;
- Glock model 22 .40 caliber handgun bearing serial number XNY534;
- BCI Defense model SQS15 .556 caliber rifle bearing serial number SQS1067;
- Radical Firearms model RF-15 multi-caliber rifle bearing serial number 23-037131.

7. On or about July 3, 2023, JOSHUA RIOS spoke with E.H., an employee for P.H., by phone. E.H. informed JOSHUA RIOS that he (E.H.) had discovered firearms in the multiple boxes that JOSHUA RIOS had previously delivered to P.H. between on or about June 18, 2023, and July 3, 2023. In response, JOSHUA RIOS requested that E.H. not give the firearms to law enforcement officers and offered to pay E.H. to give the firearms back to JOSHUA RIOS.

All in violation of Title 18, United States Code, Section 371.

### **COUNT 2**

Between and including on or about June 18, 2023, and July 2, 2023, in the State and District of Colorado, the defendant, JOSHUA RIOS, did knowingly attempt to export and send firearms from the United States, contrary to Commerce Control List, a law and

regulation of the United States, and the defendant, AUGUSTINE JAMES RIOS, did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Sections 554 and 2.

## COUNT 3

Between and including on or about July 1, 2023, and July 2, 2023, in the State and District of Colorado, the defendant, JOSHUA RIOS, knowingly possessed firearms, that that had been shipped and transported in interstate commerce from which the manufacturer's serial number had been removed, altered and obliterated, as the defendant knew.

All in violation of Title 18, United States Code, Section 922(k).

## COUNT 4

Between and including on or about June 7, 2022, and continuing thereafter until on or about July 2, 2023, in the State and District of Colorado, the defendant, MARGARITO GRACIANO-ORTEGA, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## Forfeiture Allegation

1.     The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d); Title 18, United States Code, Section 981(a)(1)(C); Title 22, United States Code, Section 401; and Title 28, United States Code, Section 2461(c).

5

2.      Upon conviction of the violation(s) described in paragraph 1 above, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); Title 18, United States Code, Section 981(a)(1)(C); Title 22, United States Code, Section 401; and Title 28, United States Code, Section 2461(c) any firearm involved in the commission of the offense, including but not limited to the following:

1)      FN model FiveSeven .57x28 mm caliber handgun with obliterated serial number;

2)      Zastava Arms model ZPAP92 7.62 caliber rifle with obliterated serial number;

3)      FNH model M249S .556 caliber rifle bearing serial number M249SA08155;

4)      Glock model 45 9mm caliber handgun bearing serial number AFVX731;

5)      Glock model 44 .22 caliber handgun bearing serial number AHAV135;

6)      Glock model 48 9mm caliber handgun bearing serial number BLGK545;

7)      Beretta model 92FS 9mm caliber handgun bearing serial number BER843355;

8)      Canik55 model TP9DA 9mm caliber handgun bearing serial number 21BJ11197;

9)      Glock model 19 9mm caliber handgun bearing serial number BCCF237;

10)     Springfield Armory model XDS .45 caliber handgun bearing serial number S3153645;

11)     Taurus model 1911 Officer 9mm caliber handgun bearing serial number ACK417007;

12)     Sig Sauer model P226 9mm caliber handgun bearing serial number 47A186698;

13)     Taurus model Spectrum .380 caliber handgun bearing serial number 1FO51959;

14)     Glock model 22 .40 caliber handgun bearing serial number XNY534;

15)     BCI Defense model SQS15 .556 caliber rifle bearing  serial number SQS1067;
Radical Firearms model RF-15 multi-caliber rifle bearing serial number 23-037131.

3.      If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

PETER MCNEILLY
United States Attorney

By: *s/Albert Buchman*
ALBERT BUCHMAN
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
E-mail: al.buchman@usdoj.gov
Attorney for the government